UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAR 14 2011

CASE NO: 11-cr-60024-JEM

BROOKLYN OFFICE

U.S.A.

CR 11 - 214

Plaintiff(s),

MAUSKOPF, J.   CARTER, M.J.

v.

ALAN M. BERKUN

Defendant(s).

## CLERK'S NOTICE OF CASE TRANSFER

Pursuant to the Order of Transfer entered on 3/7/11-Rule 20 Plea&Sent, the above-style case is hereby transferred to the EASTERN DISTRICT OF NEW YORK. Enclosed are certified copies of the Order of Transfer and the Court's docket sheet and the following document(s):

CERTIFIED COPY OF INFORMATION

DONE at the Federal Courthouse, FORT LAUDERDALE, Florida, this 10 day of MARCH 20 11.

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: /S/
Deputy Clerk

CR 11 - 214

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 14 2011 ★

STB

BROOKLYN OFFICE

MAUSKOPF,
CARTER, M.J.

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:11-cr-60024-JEM-1
### Internal Use Only

Case title: USA v. Berkun

Date Filed: 02/08/2011
Date Terminated: 03/07/2011

---

Assigned to: Judge Jose E. Martinez

**Defendant (1)**

**Alan M. Berkun**
*TERMINATED: 03/07/2011*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| DECLARE UNDER PENALTY OF PERJURY (1) | Tranferred to Eastern District of New York Under Rule 20 for Plea and Sentence |

**Highest Offense Level (Terminated)**

*Felony*

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**
USA          represented by   **Jeffrey A. Neiman**
                               United States Attorney's Office
                               Southern District of Florida
                               500 East Broward Boulevard
                               7th Floor
                               Fort Lauderdale, FL 33394
                               954-356-7255 ext 3595

Email: jeffrey.a.neiman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Matthew J. Mueller**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: Matthew.J.Mueller@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2011 | 1 | INFORMATION as to Alan M. Berkun (1) count(s) 1. (rby) (Entered: 02/08/2011) |
| 03/07/2011 | 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Eastern District of New York Counts closed as to Alan M. Berkun (1) Count 1. (lk) (Entered: 03/08/2011) |

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**CR 11 - 214** In the United States District Court

for the SOUTHERN DISTRICT OF FLORIDA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 14 2011 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA
V.
ALAN M. BERKUN

CRIMINAL NUMBER:
11-CR-60024-CR-MARTINEZ

MAUSKOPF, J.
CARTER, M.J.

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

FILED BY _____ D.C.
2011 MAR -7 AM 4:33
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

I, __ALAN M. BERKUN__, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __GUILTY__ to the offense charged, to consent to the disposition of the case in the __EASTERN__ District of __NEW YORK__ in which I, __ALAN M. BERKUN__, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 3/4 20 11 at 2:30 p.m.

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 3/8/11

Approved

LORETTA E. LYNCH
United States Attorney for the
EASTERN District of
NEW YORK

WIFREDO A. FERRER
United States Attorney for the
SOUTHERN District of
FLORIDA

**U.S. Department of Justice**                                                        Rule 20 -- Transfer Notice

| To: WIFREDO A. FERRER<br>United States Attorney | District<br>Southern District of Florida | Date |
|---|---|---|
| Name of Subject:<br>ALAN M. BERKUN | Statute Violated<br>26 U.S.C. 7206(1) | File Data *(Initials and Number)* |

### Part A -- District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
   Date of Plea      Date of Sentence      Sentence

| From *(Signature and Title)*<br>Loretta E. Lynch<br>United States Attorney | Address<br>271 Cadman Plaza East<br>Brooklyn, New York 11201 |
|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
                                                             on               at              o'clock

*(Kindly notify me of any anticipated delay)*
☐ Enclosed are two certified copies of indictment or information        Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>WIFREDO A. FERRER<br>United States Attorney | District<br>Southern District of Florida | Date |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 14 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
11 FEB -8 AM 9:29

11-cr-60024-JEM
26 U.S.C. § 7206(1)

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

**CR 11 - 214**

UNITED STATES OF AMERICA

vs.

ALAN M. BERKUN,

Defendant.
_____/

MAUSKOPF, J.

CARTER, M.J.

## INFORMATION

The United States Attorney charges that:

**COUNT ONE**
**(26 U.S.C. § 7206(1))**

On or about April 15, 2005, in Broward County, in the Southern District of Florida, the defendant,

**ALAN M. BERKUN,**

a resident of Deerfield Beach, Florida, willfully made and subscribed an IRS Form 1040, U.S. Individual Income Tax Return, for the tax year 2004, which was verified by a written declaration that it was made under the penalties of perjury and which **ALAN M. BERKUN** did not believe to be true and correct as to every material matter. That Form 1040, which was filed with the Director, Internal Revenue Service Center in Atlanta, Georgia, reported total income on line 22 in the amount of

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 3/10/11

$15,698, whereas, as Berkun then and there knew and believed, the true and correct amount exceeded the reported amount.

In violation of Title 26, United States Code, Section 7206(1).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
JEFFREY A. NEIMAN
ASSISTANT UNITED STATES ATTORNEY

By: _____
MATTHEW J. MUELLER
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
TAX DIVISION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

vs.
Alan M. Berkun,

## CERTIFICATE OF TRIAL ATTORNEY*

            Defendant.
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| ___ | Miami | ___ | Key West | |
| _X_ | FTL | ___ | WPB | ___ FTP |

New Defendant(s)          Yes ___   No ___
Number of New Defendants    ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)        No
   List language and/or dialect

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) ___
   If yes
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    No
   If yes:
   Magistrate Case No.    _____
   Related Miscellaneous numbers:    _____
   Defendant(s) in federal custody as of    _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?    ___ Yes    _X_ No

_____
Jeffrey A. Neiman
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 544469

*Penalty Sheet(s) attached

REV.4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Alan M. Berkun        **Case No:** _____

Count #1:
Fraud and False Statements; in violation of Title 26, United States Code, Sections 7206(1

**\*Max. Penalty:** 3 years' imprisonment; 1 year supervised release; $250,000 fine.

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.