UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE GLASSER, J.          DATE: 1/05/2012          Time: 2:00 -3:30

## CRIMINAL CAUSE FOR SENTENCING

*CR- 10-512-01(ILG)/*

*CR-11-214(ILG)*

DEFT NAME: Alan Berkun                               #1

✓ **Present**   not present        ✓ **Cust.**        bail


DEFENSE COUNSEL: **Jeffrey Hoffman**

✓ present    not present    CJA  ✓ RET    LAS


DEFENSE COUNSEL: **Susan Wolfe**

✓ **Present**   not present    CJA  ✓ RET   LAS


A.U.S.A.: **Lan Nguyen**                       CLERK: Ogoro N. Francis

Matthew Mueller/Katherine Nandan                PROB: Frank Marcigliano

REPORTER: Gene Rudolph


- CASE CALLED.
- SENTENCING HELD.
- STATEMENTS OF DEFENDANT AND COUNSEL HEARD.
- DEFENDANT SENTENCED ON COUNT(S) **ONE (1) OF THE INDICTMENT NUMBERED 10CR512-01 ; ONE (1) OF THE INFORMATION NUMBERED 11CR214-01(ILG).**

*The defendant is sentenced to TWELVE (12) MONTHS on 10CR512-01. TWELVE (12) MONTHS on 11CR214-01. The sentence imposed on 10CR512-01 and 11CR214-01 are to run concurrently to each other and consecutively to the SIXTY (60) MONTHS sentence imposed on 00CR930-01, 00cr1248(S-1)-06, 01CR1457-01, for a total term of imprisonment of SEVENTY TWO (72) MONTHS.. A Supervised release term of THREE (3) YEARS on each count. A Special assessment of TWO HUNDRED ($200) DOLLARS. Restitution in the amount of $390,590 to be paid to IRS. The defendant was advised of his right to appeal.*